UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KEITH R. MAGIC,

    Plaintiff,

Case No. 14-cv-12868

v.

HONORABLE STEPHEN J. MURPHY, III

CAROYLN COLVIN, ACTING
COMMISSIONER OF SOCIAL
SECURITY,

    Defendant.
                                        /

**ORDER ADOPTING REPORT AND
RECOMMENDATION** (document no. 22)**, DENYING MAGIC'S MOTION
FOR SUMMARY JUDGMENT** (document no. 19)**, GRANTING COLVIN'S
MOTION FOR SUMMARY JUDGMENT** (document no. 20)**, AND DISMISSING CASE**

    Plaintiff Keith Magic ("Magic") filed an action for judicial review of the Defendant Commissioner's determination that Magic was not entitled to Social Security benefits based on his mental impairments under 42 U.S.C. § 405(g). Compl., ECF No. 1. Both parties filed Motions for Summary Judgment. ECF Nos. 19, 20. Magistrate Judge Mona K. Majzoub reviewed the pleadings, and issued the Report and Recommendation. ECF No. 22. Magistrate Judge Majzoub determined that the Commissioner's decision was supported by substantial evidence and employed the proper legal standards. Thus, the Report recommended denying Magic's motion for summary judgment and granting the Commissioner's motion for summary judgment.

    Under Civil Rule 72(b), each party had fourteen days from the date of service to file any written objections to the recommended disposition. *See* Fed. R. Civ. P. 72(b). Neither party has filed objections. De novo review of the magistrate judge's findings is therefore not required. *Id.* The Court has reviewed the file and the Report, and finds the magistrate

judge's analysis is proper. Accordingly, the Court adopts the Report's findings and conclusions, and will enter an appropriate judgment.

## ORDER

**WHEREFORE**, it is hereby **ORDERED** that the Report and Recommendation (document no. 22) is **ADOPTED**.

**IT IS FURTHER ORDERED** that Magic's Motion for Summary Judgment (document no. 19) is **DENIED**.

**IT IS FURTHER ORDERED** that the Commissioner's Motion for Summary Judgment (document no. 20) is **GRANTED**, and the case is **DISMISSED WITH PREJUDICE**.

**SO ORDERED**.

s/Stephen J. Murphy, III
STEPHEN J. MURPHY, III
United States District Judge

Dated: September 7, 2015

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on September 7, 2015, by electronic and/or ordinary mail.

s/Carol Cohron
Case Manager